UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-MJ-1240

UNITED STATES OF AMERICA

v.

ERIC T. HARPER

ORDER

Defendant Eric T. Harper ("Defendant") has been charged with operating a motor vehicle within the special maritime and territorial jurisdiction of the United States while under the influence of an impairing substance, in violation of N. C. Gen. Stat. § 20-13 8.1, as assimilated by 18 U.S.C. § 13. On April 6, 2016, Defendant surrendered his license temporarily as ordered by this court. Defendant has applied for a limited driving privilege, which the court finds is supported by good cause. Accordingly, it is ORDERED that Defendant be allowed a LIMITED DRIVING PRIVILEGE to be effective on the date indicated below to be used in accordance with the restrictions imposed herein and to expire on the date specified below.

**RESTRICTIONS ON DRIVING**

Defendant shall be permitted to drive under the following conditions:

(1) Driving shall be permitted for work-related, religious worship, educational purposes, maintenance of household, or court-ordered or directed obligations, during standard working hours. (Monday-Friday, 6 a.m.- 8 p.m.).

(2) Defendant shall not drink alcohol while driving or drive while any alcohol remains in his/her body.

(3) Defendant shall not drive while having a controlled substance in his/her body unless such controlled substance was lawfully obtained and taken in therapeutically approved amounts.

( 4) Defendant is permitted to drive at any time for the purpose of obtaining essential emergency medical care.

The Clerk of Court is hereby DIRECTED to provide Defendant with a CERTIFIED COPY of this Order.

So ordered, the 29th day of April, 2016.

*Robert T Numbers II*
UNITED STATES MAGISTRATE JUDGE